Helen W. Biggs, Respondent, v. The Sea Gate Association, Appellant.— Motion for stay granted, on condition (1) that plaintiff perfect her appeal and place the cause upon the next Court of Appeals calendar; (2) that plaintiff stipulate that pending such an appeal she will make no alteration upon the buildings on said premises so as to increase the demands made on the sewer and water systems of defendant; and (3) that she forthwith pay the amount of her indebtedness to defendant for dues and water furnished to her by it. If the parties cannot agree upon the amount thereof, a reference may be had to determine the same. In default of compliance with these conditions or any of them, the motion is denied, with ten dollars costs. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Vincent Bottega, Respondent, v. Peter C. Campbell, Appellant.— Motion denied, with ten dollars costs. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Neri Cain, Respondent, v. Thompson-Starrett Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Vincenzo Calendo and Another, Respondents, v. William H. Fleming, Appellant.— Motion denied on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Antonio Collelli, Appellant, v. Frank Rutter and Another, Respondents. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Eagle Savings and Loan Company, Respondent, v. Ada M. Collins, Appellant, Impleaded with Others, Defendants.— Motion denied on condition that appellant perfect her appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Frederick W. Erdtmann, Individually and as Trustee, etc., Appellant, v. Thaddeus J. G. Stack and Another, Respondents.— Motion denied on condition that appellant perfect his appeal, place the cause on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

George Gabel, Respondent, v. Hastings Homes Company, Appellant.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Benjamin Frindel, an Attorney.— Further affidavits may be submitted by the petitioner or the bar association on or before January 24, 1913, upon the question whether the respondent has abstained from practice during the period of two years. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Judicial Settlement of the Accounts, etc., of Louis H. Hasbrouck, as Executor, etc.— Motion denied, with ten dollars costs. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.